

Wednesday, May 14, 2014

No. 14–0551/NA.   U.S. v. Michael N. Bell.   CCA 201200517.   Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including June 9, 2014,* and *no further extension of time will be granted in this case.*

No. 14–0585/AF.   U.S. v. Jasper C. Brooks III.   CCA 38245.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 2, 2014.

Thursday, May 15, 2014

